ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
BROADCAST MUSIC, INC.,

                Petitioner,

    - against -

PANDORA MEDIA, INC.,

                Respondent.
---------------------------------------X

13 Civ. 4037 (LLS)

ORDER GRANTING
MOTIONS TO INTERVENE

    The request of Sony/ATV, EMI Music Publishing and Universal Music Publishing Group to intervene for the purpose of responding to the pending submission of Pandora Media, Inc. is hereby granted.

    So ordered.

Dated: New York, New York
       October 30, 2014

                                            /s/ Louis L. Stanton
                                            LOUIS L. STANTON
                                                U.S.D.J.