# KING & SPALDING

King & Spalding LLP
101 Second Street
Suite 2300
San Francisco, CA 94105
Tel: +1 415 318 1200
Fax: +1 415 318 1300
www.kslaw.com

Joseph R. Wetzel
Partner
Direct Dial: +1 415 318 1263
Direct Fax: +1 415 318 1300
jwetzel@kslaw.com

January 26, 2015

**VIA ECF**

Hon. Louis L. Stanton, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Broadcast Music, Inc. v. Pandora Media, Inc.*, No. 13-CIV-4037 (LLS)

Your Honor:

I write on behalf of Pandora Media, Inc. and Broadcast Music, Inc. regarding the parties' pretrial submissions.

We write to advise the court of the parties' agreement to a slight modification of the pretrial schedule due to a death in Mr. Steinthal's family. Rather than file the pretrial submissions under seal after hours on Friday (with actual delivery of materials to the court today), the parties agreed to exchange the submissions comprising the Joint Pre-Trial Order yesterday and to exchange and file all other materials with the court under seal this afternoon.

Respectfully submitted,

*/s/ Joseph R. Wetzel*_____
Joseph R. Wetzel

cc:   All Counsel