UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROADCAST MUSIC, INC., <br><br> Petitioner, <br><br> v. <br><br> PANDORA MEDIA, INC., <br><br> Respondent. <br><br> *Related to* <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BROADCAST MUSIC, INC. <br><br> Defendant. | Civil Action No. 13-4037 (LLS)(KNF) <br><br> **ECF CASE** <br><br><br> Civil Action No. 64-3787 (LLS) |

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and resident of the State of California. I am employed in San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years and not a party to the within action.

On January 26, 2015, I served the following documents in the manner described below:

1. **PANDORA'S TRIAL BRIEF, DATED JANUARY 26, 2015;**

2. **PANDORA'S PROPOSED CONCLUSIONS OF LAW, DATED JANUARY 26, 2015;**

3. **AFFIDAVIT OF KEITH WAEHRER, DATED JANUARY 26, 2015;** and,

4. **EXPERT WITNESS STATEMENT OF WILLIAM ROSENBLATT, DATED JANUARY 23, 2015.**

☑ BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through King & Spalding's electronic mail system from kmerk@kslaw.com to the email addresses set forth below.

On the following part(ies) in this action:

| | |
|---|---|
| Scott Edelman<br>sedelman@milbank.com<br>Linda Dakin-Grimm<br>ldakin-grimm@milbank.com<br>Atara Miller<br>amiller@milbank.com<br>Rachel Penski Fissel<br>rfissell@milbank.com<br>Andrew Porter<br>aporter@milbank.com<br>Milbank<br>One Chase Manhattan Plaza<br>New York, NY 10005 | *Attorneys for Petitioner,*<br>*Broadcast Music, Inc.* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 27, 2015, at San Francisco, California.

_____
Katy Merk