# KING & SPALDING

King & Spalding LLP
101 Second Street
Suite 2300
San Francisco, CA 94105
Tel: +1 415 318 1200
Fax: +1 415 318 1300
www.kslaw.com

Joseph R. Wetzel
Partner
Direct Dial: +1 415 318 1263
Direct Fax: +1 415 318 1300
jwetzel@kslaw.com

February 2, 2015

**VIA ECF**

Hon. Louis L. Stanton, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Broadcast Music, Inc. v. Pandora Media, Inc.*, No. 13-CIV-4037 (LLS)

Your Honor:

I write on behalf of Pandora Media, Inc. and Broadcast Music, Inc. regarding several administrative matters about which the parties would appreciate guidance from Your Honor at the pretrial conference on Tuesday, February 3, 2015.

First, the parties have collectively designated deposition testimony from seven witnesses not appearing live at trial and would appreciate the Court's guidance with respect to: (i) whether the parties should submit, in advance of trial, hard copies and/or video of designated and counter-designated deposition testimony and objections to the Court along with the pre-marked trial exhibits; and (ii) whether Your Honor prefers designated and counter-designated deposition testimony to be submitted during trial proceedings by reading the such testimony live into the record or by showing the recorded video of the designated portions of the deposition.

Second, in order to accommodate witness schedules and trial planning, the parties would appreciate guidance on whether Your Honor will be holding trial on February 12 and 16 (court holidays for President Lincoln's Birthday and Presidents' Day) and on Fridays.

Finally, the parties request that Your Honor reserve the jury room and other small room(s) attached to courtroom 21C to allow the parties to use these rooms during the trial proceedings.

We appreciate Your Honor's guidance on these matters. The parties will continue to work together to streamline the trial proceedings.

Respectfully submitted,

*/s/ Joseph R. Wetzel*
Joseph R. Wetzel

cc: All Counsel