ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BROADCAST MUSIC, INC

                Petitioners,

v.

PANDORA MEDIA, INC.

                Respondent

Related to *United States v. Broadcast Music, Inc.*, 64 Civ. 3787 (LLS)

13 Civ. 4037 (LLS)

[PROPOSED] ORDER
AUTHORIZING ELECTRONIC
DEVICES AND OTHER EQUIPMENT

ECF CASE

WHEREAS, the parties to the above-referenced action are currently scheduled to begin trial on February 10, 2015;

WHEREAS, the parties have jointly requested permission to use at trial certain electronic devices and other equipment;

WHEREAS, the parties have jointly requested that the Court authorize Courtroom Connect, a Southern District of New York contracted vendor ("Courtroom Connect"), to provide internet connectivity to each of the parties for the duration of the trial in this action;

IT IS HEREBY ORDERED that:

1. The following attorneys representing Petitioner Broadcast Music, Inc. ("BMI") may bring the General Purpose Computing Devices ("GPCD") and Personal Electronic Devices ("PED") listed below into the Courthouse for use in connection with trial in the action titled *Broadcast Music, Inc.*, No. 13 Civ. 4037 (LLS), from February 6, 2015 through March 6, 2015:

| Attorney | Device(s) | Location(s) of Use |
|---|---|---|
| 1. Scott A. Edelman | 1 PED, 1 GPCD | Counsel Table and Jury Room/Utility Room next to 21-C |
| 2. Linda Dakin-Grimm | 1 PED, 1 GPCD | Counsel Table and Jury Room/Utility Room next to 21-C |
| 3. Atara Miller | 1 PED | Counsel Table and Jury Room/Utility Room next to 21-C |
| 4. Rachel Penski Fissell | 1 PED, 1 GPCD | Counsel Table and Jury Room/Utility Room next to 21-C |
| 5. Eric Weiss | 1 PED | Counsel Table and Jury Room/Utility Room next to 21-C |
| 6. Andrew Porter | 1 PED | Counsel Table and Jury Room/Utility Room next to 21-C |
| 7. Stuart Rosen | 1 PED, 1 GPCD | Counsel Table and Jury Room/Utility Room next to 21-C |
| 8. Michael Steinberg | 1 PED | Counsel Table and Jury Room/Utility Room next to 21-C |
| 9. Joseph DiMona | 1 GPCD | Counsel Table and Jury Room/Utility Room next to 21-C |
| 10. Hope Lloyd | 1 PED, 1 GPCD | Counsel Table and Jury Room/Utility Room next to 21-C |
| 11. Renee Wolfe | 1 PED, 1 GPCD | Counsel Table and Jury Room/Utility Room next to 21-C |

2. The following attorneys representing Respondent Pandora Media, Inc. ("Pandora") may bring the GPCDs and PEDs listed below into the Courthouse for use in connection with trial in the action titled *Broadcast Music, Inc.,* No. 13 Civ. 4037 (LLS), from February 6, 2015 through March 6, 2015:

| Attorney | Device(s) | Location(s) of Use |
|---|---|---|
| 1. Kenneth Steinthal | 1 PED | Counsel Table and Jury Room/Utility Room next to 21-C |

| | | |
|---|---|---|
| 2. Joseph Wetzel | 1 PED, 1 GPCD | Counsel Table and Jury Room/Utility Room next to 21-C |
| 3. Ethan Davis | 1 PED | Counsel Table and Jury Room/Utility Room next to 21-C |
| 4. Blake Cunningham | 1 PED | Counsel Table and Jury Room/Utility Room next to 21-C |
| 5. Kristine Hanson | 1 PED | Counsel Table and Jury Room/Utility Room next to 21-C |
| 6. Katherine Merk | 1 PED, 1 GPCD | Counsel Table and Jury Room/Utility Room next to 21-C |
| 7. David Mattern | 1 PED | Counsel Table and Jury Room/Utility Room next to 21-C |
| 8. Tina Johnson | 1 PED, 1 GPCD | Counsel Table and Jury Room/Utility Room next to 21-C |
| 9. Christopher Harrison | 1 PED, 1 GPCD | Counsel Table and Jury Room/Utility Room next to 21-C |
| 10. Morvarid Metanat | 1 PED, 1 GPCD | Counsel Table and Jury Room/Utility Room next to 21-C |

3. The attorneys identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Devices into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

4. Randall Carter and John Christopher from Impact Trial Consulting, LLC, and Rhodely Vallon, Grace Green, Carmelle Alipio, and Maria Silfa from Milbank, Tweed, Hadley & McCloy's trial support team may, after all appropriate security screenings, bring the following equipment and Devices into the Courthouse:

| **Courtroom Equipment** | **Quantity** | **Location(s) of Use** |
|---|---|---|
| GPCDs | 8 | Counsel Table and Jury Room/Utility Room next to |

|  |  |  | 21-C |
|---|---|---|---|
| PEDs | | 4 | Counsel Table and Jury Room/Utility Room next to 21-C |
| External Hard Drives | | 4 | Counsel Table and Jury Room/Utility Room next to 21-C |
| Tech Tables | | 2 | Next to each counsel table |
| 2x2 VGA Distribution Amplifiers | | 2 | One on each counsel table |
| 6-Way VGA Switching Devices | | 2 | One on each counsel table |
| Speaker System | | 1 | Next to the jury box |
| Printer with Networking router | | 1 | Jury Room/Utility Room next to 21-C |
| VGA Wiring, Audio Wiring, Power strips, Extension Cords, Gaffers tape | | | Counsel Table and Jury Room/Utility Room next to 21-C |

5. James Watkins from RLM TrialGraphix and Adrian Koshy and Robert Blake from King & Spalding's trial support team may, after all appropriate security screenings, bring the following equipment and Devices into the Courthouse:

| Courtroom Equipment | Quantity | Location(s) of Use |
|---|---|---|
| GPCDs | 3 | 1 GPCD in Jury Room/Utility Room next to 21-C; 2 GPCDs at Tech Table |
| PEDs | 1 | 1 PED at Tech Table |
| External Hard Drives | 2 | 1 External Hard Drive at Tech Table; 1 External Hard Drive in Jury Room/Utility Room next to 21-C |
| Tech Table with Skirt | 1 | 1 Tech Table with Skirt at the far end of Pandora's counsel table |
| Laptop Docking Station | 2 | 2 Laptop Docking Stations in Jury Room/Utility Room next to 21-C |
| LCD Monitors | 2 | 2 LCD monitors in Jury Room/Utility Room next to |

-4-

|  |  | 21-C |
| --- | --- | --- |
| VGA Distribution Amplifiers | 1 | 1 VGA Distribution Amplifier at Tech Table |
| VGA Switching Devices | 1 | 1 6-Way VGA Switching Device at Tech Table |
| Speaker System | 1 | 1 Speaker System at Tech Table |
| Printer | 1 | 1 Printer in Jury Room/Utility Room next to 21-C |
| Flatbed Scanner | 1 | 1 Flatbed Scanner in Jury Room/Utility Room next to 21-C |
| Mouse/Mousepad/Keyboard | 2 sets | 1 Mouse/Mousepad/Keyboard at Tech Table; 1 Mouse/Mousepad/Keyboard in Jury Room/Utility Room next to 21-C |
| VGA Wiring, Audio Wiring, Power strips, Extension Cords, Gaffers tape, Surge Protector, Cables |  | Courtroom and Jury Room/Utility Room next to 21-C as needed |

Dated: New York, New York
February 4, 2015

SO ORDERED.

_____Louis L. Stanton_____
U.S.D.J.

RECEIPT ACKNOWLEDGED

_____
DISTRICT EXECUTIVE

-5-