ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/15

| BROADCAST MUSIC, INC | |
|---|---|
| | Petitioners, |
| v. | |
| PANDORA MEDIA, INC. | |
| | Respondent |

Related to *United States v. Broadcast Music, Inc.*, 64 Civ. 3787 (LLS)

13 Civ. 4037 (LLS)

[PROPOSED] ORDER TO AUTHORIZE PROVISION OF INTERNET CONNECTIVITY AND A REMOTE REAL TIME TRANSCRIPT FEED AT TRIAL

ECF CASE

   I hereby authorize Courtroom Connect, a Southern District of New York contracted vendor, to provide parties in the *Broadcast Music, Inc. v. Pandora Media, Inc.*, 13-CIV-4037 (S.D.N.Y.) (LLS) with Internet connectivity and Remote Real Time Transcript feeds for the duration of the proceedings, set to begin on Tuesday, February 10, 2015. Courtroom Connect can proceed to make proper arrangements with the District Executive Office of the Court and the official court reporter. The approved attorneys and parties on the case are allowed to bring in the necessary electronic computing devices to connect to the Courtroom Connect service.

SO ORDERED

Dated: New York, New York
    February 4, 2015

SO ORDERED.

*Louis L. Stanton*
U.S.D.J.

RECEIPT ACKNOWLEDGED

_____

DISTRICT EXECUTIVE

1