# MILBANK, TWEED, HADLEY & McCLOY LLP

## 1 CHASE MANHATTAN PLAZA

### NEW YORK, N.Y. 10005-1413

—————

212-530-5000

FAX: 212-530-5219

**LOS ANGELES**
213-892-4000
FAX: 213-629-5063

**WASHINGTON, D.C.**
202-835-7500
FAX: 202-835-7586

**LONDON**
44-20-7615-3000
FAX: 44-20-7615-3100

**FRANKFURT**
49-69-71914-3400
FAX: 49-69-71914-3500

**MUNICH**
49-89-25559-3600
FAX: 49-89-25559-3700

**ATARA MILLER**
PARTNER
DIRECT DIAL NUMBER
212-530-5421
FAX: 212-822-5421
E-MAIL: amiller@milbank.com

**BEIJING**
8610-5969-2700
FAX: 8610-5969-2707

**HONG KONG**
852-2971-4888
FAX: 852-2840-0792

**SINGAPORE**
65-6428-2400
FAX: 65-6428-2500

**TOKYO**
813-5410-2801
FAX: 813-5410-2891

**SÃO PAULO**
55-11-3927-7700
FAX: 55-11-3927-7777

February 5, 2015

**HAND DELIVERY**

Honorable Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2250
New York, NY 10007-1312

>      Re:     *Broadcast Music Inc., v. Pandora Media, Inc.*, No. 13-CIV-4037 (LES)

Dear Judge Stanton:

We represent Petitioner Broadcast Music, Inc. ("BMI") in the above-captioned proceeding. On behalf of BMI, and with consent of Respondent Pandora Media, Inc. ("Pandora"), we request that the Court hold a hearing to address any confidentiality concerns raised by the parties themselves and/or third-parties on Tuesday at 2:00 p.m. We think it would be best to address the parties' and third-parties' confidentiality concerns in advance of the opening statements, as we expect that a good amount of confidential information will be discussed during the parties' opening statements.

A consolidated hearing on all confidentiality issues also would be most efficient, and avoid the need for third parties to make themselves available and present as issues arise in trial. Consistent with BMI's contractual obligations, it has provided notice to third-party licensees and affiliates whose information has been identified in the parties' pre-trial filings of its desire to publicly disclose their confidential information. Certain of these third parties have indicated their objection to the public disclosure of their information. To ensure that those and any other interested third parties have notice and an opportunity to argue for the maintained confidentiality of their information, the parties request that notice be posted on ECF. BMI will

Honorable Louis L. Stanton
February 5, 2015
Page 2

also provide notice of the hearing directly to third parties with which it has already been in contact.

In order for the parties to address confidentiality issues resolved by the proposed hearing, the parties propose postponing the opening statements until Wednesday morning.

We are available at the Court's convenience should Your Honor have any questions, or suggestions about an alternative way to proceed.

Respectfully submitted,

/s/Atara Miller_____
Atara Miller

cc:     Joseph R. Wetzel, Esq.
        Kenneth I. Steinthal, Esq.