# KING & SPALDING

King & Spalding LLP
101 Second Street
Suite 2300
San Francisco, CA 94105
Tel: +1 415 318 1200
Fax: +1 415 318 1300
www.kslaw.com

Joseph Wetzel
Partner
Direct Dial: +1 415 318 1263
Direct Fax: +1 415 318 1300
jwetzel@kslaw.com

February 9, 2015

**VIA ECF**

Honorable Louis L. Stanton
United States Courthouse
500 Pearl Street, Courtroom 21C
New York, NY 10007

     Re:    *Broadcast Music, Inc. v. Pandora Media, Inc.*, 13 Civ. 4037 (LLS)

Dear Judge Stanton:

     We represent Respondent, Pandora Media, Inc. ("Pandora") in the above-captioned matter and, with Broadcast Music, Inc.'s ("BMI") consent, submit this letter on behalf of both parties to respectfully request Your Honor's permission to deliver through the freight entrance to the courthouse on Monday February 9, 2015 approximately fifty (50) boxes of trial exhibits, materials, and supplies to be used by BMI and fifty (50) boxes of trial exhibits, materials, and supplies to be used by Pandora during trial of the above-captioned proceeding.

     Attached to this letter is a proposed order authorizing representatives of the parties to deliver boxes in the manner described above.

     The parties thank you for your time and assistance on this matter. Please let me know if you require any additional information.

     Regards,

     */s/ Joseph R. Wetzel*_____
     Joseph R. Wetzel