ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROADCAST MUSIC, INC., <br><br> Petitioner, <br><br> v. <br><br> PANDORA MEDIA, INC., <br><br> Respondent. | Civil Action No. 13-4037 (LLS) (KNF) <br><br> ECF CASE |
| *Related to* <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BROADCAST MUSIC, INC. <br><br> Defendant. | Civil Action No. 64-3787 (LLS) |

### [Proposed] Order of Admission Pro Hac Vice

The motion of David P. Mattern for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the state of New York and the District of Columbia, and that his contact information is as follows:

David P. Mattern
King & Spalding LLP
1700 Pennsylvania Ave. NW
Suite 200
Washington, DC 20006
Telephone: (202) 626-2946
Email: dmattern@kslaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Pandora Media, Inc. in the above entitled action,

LLS

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: February 25, 2015

Louis L. Stanton

United States District Judge