UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROADCAST MUSIC, INC., <br><br> Petitioner, <br><br> v. <br><br> PANDORA MEDIA, INC., <br><br> Respondent, | Civil Action No. 13-4037 (LLS)(KNF) <br><br><br> ECF CASE |
| *Related to* <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BROADCAST MUSIC, INC. <br><br> Defendant. | Civil Action No. 64-3787 (LLS) |

**NOTICE OF APPEAL**

Pandora Media, Inc., respondent in the above-captioned action, appeals to the United States Court of Appeals for the Second Circuit from the Final Judgment of the United States District Court for the Southern District of New York dated May 29, 2015 (*see* ECF No. 243), as well as all other orders entered in this matter.

1

2

DATED:  San Francisco, CA
June 26, 2015

                                                                                  KING & SPALDING LLP

*/s/ Kenneth L. Steinthal*
Kenneth L. Steinthal (KS-7897)
*ksteinthal@kslaw.com*
Joseph R. Wetzel (JW-0510)
*jwetzel@kslaw.com*
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone:     415.318.1200
Facsimile:     415.318.1300

*Attorneys for Pandora Media, Inc.*