ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X
BROADCAST MUSIC, INC.,

              Petitioner,

    - against -

PANDORA MEDIA, INC.,

              Respondent.

- - - - - - - - - - - - - - - -X

13 Civ. 4037 (LLS)

Related to 64 Civ. 3787 (LLS)

ORDER

    Pandora's motion to alter or amend the judgment dated June 29, 2015 (Dkt. No. 246) is denied.

    So ordered.

Dated: New York, New York
       July 29, 2015

                                      /s/ Louis L. Stanton
                                  LOUIS L. STANTON
                                    U.S.D.J.