UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROADCAST MUSIC, INC., <br><br>      Petitioner, <br><br>v. <br><br>PANDORA MEDIA, INC., <br><br>      Respondent, | Civil Action No. 13-4037 (LLS)(KNF) <br><br><br><br>ECF CASE |
| *Related to* <br><br>UNITED STATES OF AMERICA, <br><br>      Plaintiff, <br><br>v. <br><br>BROADCAST MUSIC, INC. <br><br>      Defendant. | Civil Action No. 64-3787 (LLS) |

**AMENDED NOTICE OF APPEAL**

      Pandora Media, Inc., respondent in the above-captioned action, files this amended notice of appeal to the United States Court of Appeals for the Second Circuit from the Order of the United States District Court for the Southern District of New York dated July 29, 2015 (*see* ECF No. 251) denying Pandora's motion to alter or amend the judgment (*see* ECF No. 246). Pandora also appeals all previous orders and opinions of the District Court that were made the subject of Pandora's Notice of Appeal filed June 26, 2015, including the District Court's final judgment (*see* ECF No. 243), and the District Court's Opinion & Order (*see* ECF No. 242).

1

2

DATED:  San Francisco, CA
          August 12, 2015

                              KING & SPALDING LLP

                              *s/ Kenneth L. Steinthal*
                              Kenneth L. Steinthal (KS-7897)
                              *ksteinthal@kslaw.com*
                              Joseph R. Wetzel (JW-0510)
                              *jwetzel@kslaw.com*
                              101 Second Street, Suite 2300
                              San Francisco, CA 94105
                              Telephone:     415.318.1200
                              Facsimile:     415.318.1300

                              *Attorneys for Pandora Media, Inc.*