# MANDATE

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

1:13-cv-04037-LLS

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of January, two thousand sixteen,

_____

Broadcast Music, Inc.,

       Petitioner - Appellee,

v.

Pandora Media, Inc.,

       Respondent - Appellant,

Sony/ATV Music Publishing, LLC, EMI Music Publishing, Inc., Universal Music Publishing, Inc.,

       Intervenors.

_____

**ORDER**
Docket No. 15-2060

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan. 06, 2016

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/06/2016